UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WI-LAN INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| APPLE, INC., ALCATEL-LUCENT USA INC., DELL, INC., HEWLETT-PACKARD COMPANY, HTC AMERICA, INC., KYOCERA INTERNATIONAL, INC., KYOCERA COMMUNICATIONS, INC., NOVATEL WIRELESS, INC., SIERRA WIRELESS AMERICA, INC. | § § § § § § § | Civil Action No. 6:11-CV-453 (LED)<br><br>JURY TRIAL REQUESTED |
| Defendants. | § | |

## **PLAINTIFF WI-LAN INC.'S NOTICE OF COMPLIANCE**

Plaintiff Wi-LAN Inc. hereby notifies the Court that it complied with Patent Rule 4-1 on August 8, in accordance with the Court's February 21, 2012 (D.I. 130) and March 20, 2012 (D.I. 140) orders.

Dated: August 10, 2012

    Respectfully submitted,

    **MCKOOL SMITH, P.C.**

    */s/ Sam Baxter*
    Sam Baxter
    Texas State Bar No. 01938000
    sbaxter@mckoolsmith.com
    104 E. Houston Street, Suite 300
    P.O. Box O
    Marshall, Texas 75670
    Telephone: (903) 903-9000
    Telecopier: (903) 903-9099

    Robert A. Cote
    New York State Bar No. 2331957
    rcote@mckoolsmith.com
    Laura A. Handley
    lhandley@mckoolsmith.com
    Texas State Bar No. 24055024
    One Bryant Park
    47th Floor
    New York, NY 10036
    Telephone: (212) 402-9400
    Telecopier: (212) 402-9444

    **ATTORNEYS FOR WI-LAN INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically pursuant to Local Rule CV-5(a) and served on all counsel of record via the Court's ECF and by electronic means on counsel of record on August 10, 2012.

    /s/ Sam Baxter_____
    Sam Baxter

McKool 550739v1